Krista J. Nielson, Esq.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV 89135
Telephone: (702) 258-8200
Facsimile:  (702) 258-8787
knielson@tblaw.com

William M. Sullivan, Jr., Esq. (*Pro Hac Vice* forthcoming)
Thomas C. Hill, Esq. (*Pro Hac Vice* forthcoming)
Alex G. Anderson, Esq. (*Pro Hac Vice* forthcoming)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: (202) 663-8000
Facsimile:  (202) 663-8007
wsullivan@pillsburylaw.com
thomas.hill@pillsburylaw.com
alex.anderson@pillsburylaw.com
*Attorneys for Defendant Adam Rogas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRONSHORE INDEMNITY INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM ROGAS and ERIC KAY,<br><br>Defendants. | Case No.:   2:21-cv-01706-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ADAM ROGAS TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 3]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Ironshore Indemnity Inc. ("Plaintiff"), Defendant, Adam Rogas ("Rogas"), and Proposed Intervenor, Cyber Litigation, Inc. f/k/a NS8 Inc. ("CLI") (collectively, the "Parties"),[1] by and through their respective and undersigned counsel, pursuant to LR IA 6-1 and LR 7-1, hereby stipulate and agree as follows:

On September 15, 2021, Plaintiff filed its Complaint for Declaratory Relief [ECF No. 1]. Thereafter, Plaintiff filed its Amended Complaint [ECF No. 3]. Rogas subsequently executed a

---

[1] Counsel for Defendant Eric Kay, who has not appeared in this action, also consents to the extension.

1  Waiver of Service, whereby he agreed to file a response to the Amended Complaint by November
2  19, 2021. The parties now agree to extend the deadline for Rogas to file his response to December
3  10, 2021.
4      This is the first stipulation for extension of time for Rogas to respond to Plaintiff's
5  Amended Complaint. The extension is requested in good faith and is not for the purposes of delay
6  or to prejudice any other party.
7      WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
8  that the deadline for Rogas to respond to the Amended Complaint shall be extended to December
9  10, 2021.

10 DATED this 17th day of November, 2021.　　　DATED this 17th day of November, 2021.

11 WILSON, ELSER, MOSKOWITZ,　　　　　　TIFFANY & BOSCO, P.A.
   EDELMAN & DICKER LLP
12

13 */s/ Chad C. Butterfeld, Esq.*　　　　　　　　*/s/ Krista J. Nielson, Esq.*
   Chad C. Butterfeld, Esq.　　　　　　　　　　Krista J. Nielson, Esq.
14 Nevada Bar No. 10532　　　　　　　　　　　Nevada Bar No. 10698
   6689 Las Vegas Blvd. South, Suite 200　　　　10100 W. Charleston Blvd., Suite 220
15 Las Vegas, Nevada 89119　　　　　　　　　　Las Vegas, Nevada 89135
16 *Attorney for Plaintiff Ironshore Indemnity Inc.*　*Attorney for Defendant Adam Rogas*

17
   DATED this 17th day of November, 2021.
18
   SNELL & WILMER, L.L.P.
19

20 */s/ Richard C. Gordon, Esq.*
   Richard C. Gordon, Esq.
21 Nevada Bar No. 9036
   3883 Howard Hughes Parkway, Suite 1100
22 Las Vegas, Nevada 89169
23 *Attorney for Intervenor Cyber Litigation Inc.*
   *f/k/a NS8 Inc.*

### Order

IT IS ORDERED that ECF No. 8 is DENIED without prejudice for failure to show good cause for the extension. The parties are advised that under the Local Rules, a reason demonstrating good cause must be provided for such a requested extension.

IT IS SO ORDERED
DATED: 4:51 pm, November 18, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

DATED: November 17, 2021

                                        TIFFANY & BOSCO, P.A.

                            By: */Krista J. Nielson, Esq.*
                                   Krista J. Nielson (NV SBN 10698)
                                   Attorneys for Defendant, Adam Rogas