KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775)852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rlower@kcnvlaw.com

*Attorneys for Defendant Eric Kay*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| IRONSHORE INDEMNITY INC., | Case No. 2:21-cv-01706-JAD-BNW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO PLAINTIFF IRONSHORE'S MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT KAY** |
| ADAM ROGAS and ERIC KAY, | |
| Defendants. | |
| | **(FIRST REQUEST)**  ECF No. 56 |

Plaintiff Ironshore Indemnity, Inc. and defendant Eric Kay stipulate and agree that: (1) the deadline for Kay to respond to Plaintiff Ironshore's Motion for Judgment on the Pleadings against defendant Kay (ECF No. 54) shall be extended from January 3, 2022 until January 17, 2022, and (2) the deadline for Ironshore to file its reply shall be extended from January 10, 2022 to January 24, 2022.

This stipulation is the parties' first request for an extension of time concerning the briefing schedule on Ironshore's motion (ECF No. 54), and this

stipulation is made in good faith and not for any delay.

DATED: December 27, 2021
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Chad C. Butterfield*
Chad C. Butterfield, No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

*Attorney for Plaintiff Ironshore Indemnity Inc.*

DATED: December 27, 2021
KAEMPFER CROWELL

Louis M. Bubala III, No. 8974
50 West Liberty Street, Suite 700
Reno, Nevada 89501

Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendant Eric Kay*

**IT IS SO ORDERED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2022