Jeffrey F. Barr, Esq.
Nevada Bar No. 7269
Brandon P. Johansson, Esq.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
jbarr@atllp.com
bjohansson@atllp.com

John E. Lucian, Esq. (admitted *Pro Hac Vice*)
BLANK ROME LLP
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5500
Facsimile: 215.569.5555
lucian@blankrome.com

Stanley B. Tarr, Esq. (admitted *Pro Hac Vice*)
BLANK ROME LLP
1201 N. Market Street, Ste. 800
Wilmington, DE 19801
Telephone: 302.425.6400
Facsimile: 302.425.6464
stanley.tarr@blankrome.com

*Attorneys for Intervenor Cyber Litigation, Inc. (f/k/a NS8 Inc.)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRONSHORE INDEMNITY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIC KAY, <br><br> Defendant. | Case No.: 2:21-cv-01706-JAD-BNW <br><br> **SUBSTITUTION OF ATTORNEY** |

///

///

///

1  Due to an unforeseen conflict of interest having arisen, Proposed Intervenor Cyber Litigation,
2  Inc. f/k/a NS8 Inc. hereby consents to the substitution of Armstrong Teasdale LLP as its attorneys of
3  record in the place and stead of Snell & Wilmer L.L.P.
4  Dated this 17th day of January, 2022.     By _____
                                              Cyber Litigation Inc.

   Print Name: Lee Sweigart

   Its: Deputy Chief Restructuring Officer

8  Snell & Wilmer L.L.P. hereby substitutes Armstrong Teasdale LLP as attorneys of record for
9  Cyber Litigation, Inc. in its place and stead.
10 Dated this 18th day of January, 2022.     SNELL & WILMER L.L.P.

   By  /s/ Richard Gordon
       Richard Gordon, Esq.
       Nevada Bar No. 9036
       Bradley T. Austin, Esq.
       Nevada Bar No. 13064
       3883 Howard Hughes Parkway, Suite 1100
       Las Vegas, NV 89169-5958

   Armstrong Teasdale LLP hereby accepts substitution as attorneys of record for Cyber
   Litigation, Inc. in the place and stead of Snell & Wilmer.

   Dated this 18th day of January, 2022     ARMSTRONG TEASDALE LLP

   **IT IS SO ORDERED**

   **DATED:** 5:15 pm, January 19, 2022

   *[signature]*

   **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

   By: /s/ Brandon P. Johansson
       Jeffrey F. Barr, Esq.
       Nevada Bar No. 7269
       Brandon P. Johansson, Esq.
       Nevada Bar No. 12003
       3770 Howard Hughes Parkway, Suite 200
       Las Vegas, Nevada 89169

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒ via electronic service to the parties listed in CM/ECF for this case

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Dated this 18th day of January, 2022.

/s/ Christie Rehfeld
An employee of Armstrong Teasdale LLP