James Thurston, Esq.
Admitted *pro hac vice*
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001
Telephone: 312.704.0550
Facsimile: 312.704.1522
Email: James.Thurston@wilsonelser.com

Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com
*Attorneys for Plaintiff*
*Ironshore Indemnity Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRONSHORE INDEMNITY INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIC KAY, <br><br> Defendant. | Case No. 2:21-cv-01706-JAD-BNW <br><br> **STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS ATTACHED TO IRONSHORE'S AMENDED COMPLAINT** |

Plaintiff Ironshore Indemnity Inc. ("Ironshore") and defendant Eric Kay ("Kay") hereby stipulate and agree as follows:

1. The Scottsdale policy attached as Exhibit 1 to the Amended Complaint (ECF No. 3) is a true, correct and authentic copy of the Scottsdale primary policy issued to NS8, Inc. notwithstanding any minor redactions in the policy.

2. The Ironshore policy attached as Exhibit 2 to the Amended Complaint is a true, correct and authentic copy of the Ironshore excess policy issued to NS8, Inc. notwithstanding any minor redactions in the policy.

3. The "Kay Demand Letter" attached within Group Exhibit 7 the Amended Complaint is a true, correct and authentic copy of: (i) a letter dated July 26, 2021 from Kay's counsel to Ironshore; and (ii) a letter dated July 22, 2021 from Cyber Litigation's counsel to Kay's counsel.

It is so stipulated.

DATED this 24th day of January, 2022.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119

James Thurston, Esq.
Admitted *pro hac vice*
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001

*Attorneys for Plaintiff
Ironshore Indemnity Inc.*

DATED this 24th day of January, 2022.

**KAEMPFER CROWELL**

*/s/ Louis M. Bubala III*
Louis M. Bubala III, Esq.
Nevada Bar No. 8974
50 West Liberty Street, Suite 700
Reno, Nevada 89501

Ryan M. Lower, Esq.
Nevada Bar No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendant Eric Kay*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 10:48 am, January 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

      Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 24th day of January, 2022, I served a true and correct copy of the foregoing **STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS ATTACHED TO IRONSHORE'S AMENDED COMPLAINT** as follows:

- ☐   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒   via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

- ☐   via hand-delivery to the addressees listed below;

- ☐   via facsimile;

- ☐   by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

          BY: */s/ Katie Brooks*
               An Employee of
               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP