James Thurston, Esq.
Admitted *pro hac vice*
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001
Telephone: 312.704.0550
Facsimile: 312.704.1522
Email: James.Thurston@wilsonelser.com

Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com
*Attorneys for Plaintiff*
*Ironshore Indemnity Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRONSHORE INDEMNITY INC., | Case No. 2:21-cv-01706-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME FOR IRONSHORE TO FILE A REPLY BRIEF IN SUPPORT OF IRONSHORE'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| ERIC KAY, | |
| Defendant. | **(SECOND REQUEST)** |
| | ECF No. 77 |

Plaintiff Ironshore Indemnity Inc. ("Ironshore") and defendant Eric Kay ("Kay") hereby stipulate and agree that the deadline for Ironshore to file a reply brief in support of Ironshore's motion for judgment on the pleadings (ECF No. 54), filed on December 20, 2021, shall be extended by one day, from January 24, 2022 to January 25, 2022. This stipulation is submitted pursuant to LR IA 6-1 and is supported by good cause, as set forth herein.

1    On January 3, 2022, this Court granted the parties' Stipulation and Order to Extend the Time

2    to Respond to Plaintiff Ironshore's Motion for Judgment on the Pleadings Against Defendant Kay,

3    ECF No. 60.  The stipulation and order extended the deadline for Defendant Kay to respond to

4    Ironshore's Motion for Judgment on the Pleadings by fourteen days, from January 3, 2022 to

5    January 17, 2022, with Ironshore's reply brief to be due seven (7) days later, on January 24, 2022.

6    As January 17, 2022 was a federal holiday, Defendant Kay filed his response to Ironshore's

7    Motion for Judgment on the Pleadings on January 18, 2022.  Accordingly, Ironshore was afforded

8    only six (6) days to prepare and file its reply brief, which is less than the time provided under LR 7-

9    2(b), which states "The deadline to file and serve any reply in support of the motion is seven days

10    after service of the response."  Thus, Ironshore respectfully seeks an extension of one (1) day, from

11    January 24, 2022 to January 25, 2022, consistent with the deadline set forth in LR 7-2(b), and to

12    ensure Ironshore has sufficient time to prepare its reply brief.

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1    This stipulation is the parties' second request for an extension of time concerning the

2  briefing schedule on Ironshore's motion (ECF No. 54), and this stipulation is made in good faith

3  and not for any delay.

4

5  DATED this 20th day of January, 2022.          DATED this 20th day of January, 2022.

6  **WILSON, ELSER, MOSKOWITZ,**          **KAEMPFER CROWELL**
   **EDELMAN & DICKER LLP**

7  */s/ Chad C. Butterfield*          */s/ Louis M. Bubala III*
   Chad C. Butterfield, Esq.          Louis M. Bubala III, Esq.
8  Nevada Bar No. 10532          Nevada Bar No. 8974
   6689 Las Vegas Blvd. South, Suite 200          50 West Liberty Street, Suite 700
9  Las Vegas, NV 89119          Reno, Nevada 89501

10 James Thurston, Esq.          Ryan M. Lower, Esq.
   Admitted *pro hac vice*          Nevada Bar No. 9108
11 55 West Monroe Street, Suite 3800          1980 Festival Plaza Drive, Suite 650
12 Chicago, IL 60603-5001          Las Vegas, Nevada 89135

13 *Attorneys for Plaintiff*          *Attorneys for Defendant Eric Kay*
   *Ironshore Indemnity Inc.*

14

15

16   **IT IS SO ORDERED**.

17

18  _____
    UNITED STATES DISTRICT JUDGE

19
    DATED:  ____February 1, 2022,_____
20        nunc pro tunc to January 24, 2022.

21

22

23

24

25

26

27

28