KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775)852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rlower@kcnvlaw.com

*Attorneys for Defendant Eric Kay*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRONSHORE INDEMNITY INC., | Case No. 2:21-cv-01706-JAD-BNW |
| Plaintiff, | |
| vs. | ~~STIPULATION AND~~ **ORDER TO EXTEND THE TIME TO FILE A REPLY IN SUPPORT OF ERIC KAY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| ADAM ROGAS and ERIC KAY, | |
| Defendants. | **( FIRST REQUEST)** |

**[ECF No. 94]**

This is an insurance coverage dispute between excess insurer Ironshore and Eric Kay.  Specifically, at issue is whether Adam Rogas's ("Rogas") submission of a May 29, 2019 Warranty Letter that allegedly induced Ironshore to issue a $5 million excess D&O insurance policy to the company that Rogas founded and was CEO of NS8, Inc. ("NS8"), triggers the Warranty Exclusion, which Ironshore contends precludes coverage for all insureds, including Kay.  Ironshore alleges that the Warranty Exclusion applies based upon Rogas's "knowledge or information" of the ongoing financial fraud that Rogas allegedly perpetrated against NS8's investors

KAEMPFER

CROWELL

1    when Rogas himself allegedly created forged banking statements beginning in

2    January 2018 (overstating NS8's revenues by $62 million).  It is Rogas's alleged

3    conduct, which has resulted in separate SEC and DOJ Lawsuits against Rogas

4    (including the freezing of his assets), and the Kay Demand Letter against Kay, for

5    which Kay has sought coverage from NS8's insurers, including Ironshore.  Kay

6    disagrees with Ironshore's position and contends that he is entitled to coverage under

7    the Ironshore policy.

8              Given the amount in controversy and the complexity of the coverage

9    issues in this case, plaintiff Ironshore Indemnity, Inc. and defendant Eric Kay

10   stipulate and agree that additional time is necessary for the briefing on this motion.

11   Therefore, Ironshore and Kay stipulate and agree that the deadline to file a reply in

12   support of Eric Kay's Motion for Judgment on the Pleadings shall be extended from

13   March 21, 2022 until March 28, 2022.

14

15

16

17

18

19

20

21

22

23

24

KAEMPFER

CROWELL

1    This stipulation is the parties' first request for an extension of time

2  concerning the briefing schedule on Eric Kay's Motion for Judgment on the

3  Pleadings (ECF No. 91) and this stipulation is made in good faith and not for any

4  delay.

5

6  WILSON,  ELSER,  MOSKOWITZ,        KAEMPFER CROWELL
   EDELMAN & DICKER LLP
7

8  *s/ Chad C. Butterfield*
   _____
   Chad C. Butterfield, No. 10532           Louis M. Bubala III, No. 8974
9  6689 Las Vegas Blvd. South, Suite 200    50 West Liberty Street, Suite 700
   Las Vegas, Nevada 89119                  Reno, Nevada 89501
10
   *Attorney   for   Plaintiff   Ironshore*   Ryan M. Lower, No. 9108
   *Indemnity Inc.*                          1980 Festival Plaza Drive, Suite 650
11                                           Las Vegas, Nevada 89135

12                                           *Attorneys for Defendant Eric Kay*

13

14                      **IT IS SO ORDERED**.

15

16
                       _____
17                     UNITED STATES DISTRICT JUDGE

18                     DATED:    March 21, 2022

19

20

21

22

23

24