James Thurston, Esq.
Admitted *pro hac vice*
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001
Telephone: 312.704.0550
Facsimile: 312.704.1522
Email: James.Thurston@wilsonelser.com

Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com
*Attorneys for Plaintiff
Ironshore Indemnity Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRONSHORE INDEMNITY INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC KAY,<br><br>    Defendant. | Case No. 2:21-cv-01706-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>ECF No. 106 |

Plaintiff Ironshore Indemnity Inc. ("Ironshore") and defendant Eric Kay ("Kay") hereby stipulate and agree as follows:

1. On June 26, 2022, the Court issued a Minute Order in Chambers (ECF No. 105) in which the Court set a hearing on the parties' respective Motions for Judgment on the Pleadings (ECF Nos. 54 and 91) for August 10, 2022 at 10:00 a.m. The Court's Minute Order states, in relevant part: "The hearing will be conducted IN PERSON; telephonic or video appearance will not be permitted." (ECF No. 105.)

265592557v.2

2. The parties respectfully request that the Court continue the hearing to a mutually-convenient date, as lead counsel for Ironshore is unavailable to attend the hearing on August 10, 2022 due to a pre-existing commitment. Counsel for Kay will be in trial the last two weeks of August, 2022. Accordingly, the parties respectfully request that the Court reset the hearing for a date within the first two weeks of September, 2022, with the exception of September 9 and 16, 2022.

It is so stipulated.

| DATED this 2nd day of August, 2022. | DATED this 2nd day of August, 2022. |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **KAEMPFER CROWELL** |
| */s/ Chad C. Butterfield*<br>Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119 | */s/ Ryan M. Lower*<br>Ryan M. Lower, Esq.<br>Nevada Bar No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| James Thurston, Esq.<br>Admitted *pro hac vice*<br>55 West Monroe Street, Suite 3800<br>Chicago, IL 60603-5001 | Louis M. Bubala III, Esq.<br>Nevada Bar No. 8974<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff*<br>*Ironshore Indemnity Inc.* | *Attorneys for Defendant Eric Kay* |

## ORDER

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the hearing on the parties' respective Motions for Judgment on the Pleadings (ECF Nos. 54 and 91) shall be continued to September 8, 2022 at 10:30 a.m. The hearing will be conducted IN PERSON; telephonic or video appearance will not be permitted.

Dated this 2nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

265592557v.2